William C. Hahesy, #105743
LAW OFFICES OF WILLIAM C. HAHESY
225 West Shaw Avenue, Suite 105
Fresno, CA  93704
Telephone (559) 579-1230
Facsimile (559) 579-1231
Email: bill@hahesylaw.com

William M. Woolman, #145124
ATKINSON, ANDELSON, LOYA, RUUD AND ROMO
555 West Shaw Avenue, Suite C-1
Fresno, CA  93704
Telephone (559) 225-6700
Facsimile (559) 225-3416
Email: wwoolman@aalrr.com

Attorneys for Defendants INITIATIVE FOODS LLC, a Delaware Limited Liability Company; IF HOLDING, INC., a California Corporation; INITIATIVE FOODS, INC.; JOHN YPMA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA - FRESNO DIVISION

| | |
|---|---|
| JOHN P. MULVANEY, JR.<br><br>          Plaintiff(s),<br><br>     v.<br><br>INITIATIVE FOODS LLC, a<br>elaware Limited Liability Company;<br>IF HOLDING, INC., a California Corporation;<br>INITIATIVE FOODS, INC.; JOHN YPMA;<br>H.G.C. INITIATIVE, LLC, a Delaware Limited<br>Liability Company and DOES 1 through 25, inclusive.<br><br>          Defendant(s). | Case No.  1:08-CV-01118-AWI-DLB<br><br>STIPULATION TO REMAND ACTION<br>BACK TO STATE COURT<br>AND ORDER THEREON |

Plaintiff, JOHN P. MULVANEY, JR. and Defendants, INITIATIVE FOODS LLC, a

Delaware Limited Liability Company; IF HOLDING, INC., a California Corporation;

INITIATIVE FOODS, INC.; JOHN YPMA, by and through their counsel of record, hereby STIPULATE and AGREE that this action shall be remanded back to the Fresno County Superior Court; and that Defendants shall have ten (10) court days after entry of the order remanding this action to Fresno County Superior Court to file a responsive pleading in the Fresno County Superior Court.

DATED: _____            By: _____
                                William C. Hahesy,
                                Attorneys for Defendants
                                INITIATIVE FOODS LLC, a
                                Delaware Limited Liability Company; IF
                                HOLDING, INC., a California Corporation;
                                INITIATIVE FOODS, INC.; JOHN YPMA

DATED: _____            By: _____
                                Peter Bradley,
                                Attorneys for Plaintiff
                                JOHN P. MULVANEY, JR.

ORDER

The Court having reviewed the foregoing Stipulation and good cause appearing therefor:

IT IS HEREBY ORDERED that this action shall be remanded to the Fresno County Superior Court.

IT IS SO ORDERED.

**Dated:   August 12, 2008**            **_____/s/ Anthony W. Ishii_____**
                                 CHIEF UNITED STATES DISTRICT JUDGE